# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-10395
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
November 3, 2022

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jose Miguel Saldivar-Sanchez,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:21-CR-62-1

---

Before Higginbotham, Graves, and Ho, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Jose Miguel Saldivar-Sanchez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Saldivar-Sanchez has not filed a response. We have

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-10395

reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.